Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA 95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelle Hernandez | Case No. 2:21-cv-02146-WBS-AC |
| Plaintiff(s), | **STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |
| vs. | |
| Target Corporation and Does 1 to 50 | |
| Defendant(s). | |

WHEREAS, under the Initial Pretrial Scheduling Order in this action (Docket No. 7), discovery, including depositions, is set to close on January 3, 2023 and all motions are due to be filed by February 14, 2023.

The parties have been actively engaged in discovery including written discovery and depositions. However, there are still depositions to complete and based upon availability of the witnesses and counsel, the depositions cannot be coordinated before February 2023, which is after the current discovery deadline. Additionally, the deposition testimony is necessary before proceeding with motions, including a potential motion for summary judgment.

THEREFORE, it is hereby stipulated and agreed that that the current discovery cut-off date of January 3, 2023 shall be extended to March 17, 2023.

IN ADDITION, the parties hereby stipulate and agree that the current motion filing deadline, including dispositive motions, of February 14, 2023 be extended to April 28, 2023.

///

STIPULATION FOR EXTENSION OF DEADLINES AND ORDER

IN ADDITION, the parties hereby stipulate and agree that the current pretrial conference date of April 24, 2023 be continued to July 31, 2023.

IN ADDITION, the parties hereby stipulate and agree that the current trial date of June 21, 2023 be continued to October 10, 2023.

Dated: December 30, 2022					MILLER INJURY ATTORNEYS

							By:  */s/ John Miller*
								John C. Miller, Esq.
								Attorneys for Plaintiff
								KELLE HERNANDEZ

Dated: December 29, 2022					MORDAUNT, ROUNDY, REIHL & JIMERSON

							By:  */s/ Lori Reihl*
								Lori A. Reihl, Esq.
								Attorneys for Defendant
								TARGET CORPORATION

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. The current discovery cut-off date of January 3, 2023 is extended to March 17, 2023.
2. The deadline to file motions of February 14, 2023 is extended to April 28, 2023.
3. The pretrial conference date of April 24, 2023 is continued to July 31, 2023 at 1:30 p.m.
4. The jury trial date of June 21, 2023 is continued to October 11, 2023 at 9:00 a.m.

Dated:  January 4, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

2

STIPULATION FOR EXTENSION OF DEADLINES AND ORDER