Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDT, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B-1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile: (209)957-9165
lreihl@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelle Hernandez | Case No. 2:21-cv-02146-WBS-AC |
| Plaintiff(s), | |
| vs. | **STIPULATION FOR DISMISSAL; ORDER** |
| Target Corporation and Does 1 to 50 | |
| Defendant(s). | |

Pursuant to the terms of a written Settlement and Release Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: April 17, 2023                         MORDAUNT, ROUNDY, REIHL & JIMERSON


                                              By:  */s/ Lori Reihl*
                                                   Lori A. Reihl, Esq.
                                                   Attorneys for Defendant
                                                   TARGET CORPORATION


Dated:  April 25, 2023                        MILLER INJURY ATTORNEYS


                                              By:  */s/ John Miller*
                                                   John C. Miller, Jr., Esq.
                                                   Attorneys for Plaintiff
                                                   KELLE HERNANDEZ

1

STIPULATION FOR DISMISSAL; ORDER

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

Dated: May 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE